IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RODNEY DANIELS**                                                  **PLAINTIFF**

**VS.**                      **CASE NO. 5:07CV00283 JMM**

**SUSAN POTTS, ET AL.**                                     **DEFENDANTS**

**ORDER**

On November 19, 2007 the Magistrate Judge's recommended disposition of the above styled case was mailed to the Drew County Detention Center and subsequently returned as undeliverable mail. The Court has now learned that plaintiff is no longer incarcerated at the Drew County Detention Center.

The Clerk of the Court is directed to change plaintiff's address to his last known address of 1414 Melrose, Warren, Arkansas, 72671. The Clerk is also directed to mail the November 19, 2007 recommended disposition and a copy of this Order to this same address.

Plaintiff is given eleven days from the date of this Order to respond to Magistrate Judge's recommendation. Plaintiff is given notice of Local Rule 5.5(c)(2) of the United States District Courts for the Eastern and Western Districts of Arkansas which states that *pro se* litigants are required to monitor the progress of their case, to prosecute or defend the action diligently, and to respond to any communication from the Court within thirty (30) days or their case could be dismissed without prejudice.

IT IS SO ORDERED THIS  5  day of  December , 2007.

_____
James M. Moody
United States District Judge