# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**RODNEY DANIELS**                                                              **PLAINTIFF**

**VS.**                            **CASE NO. 5:07CV00283**

**SUSAN POTTS, ET AL**                                                           **DEFENDANTS**

## ORDER

On November 19 and December 5, 2007, the Magistrate Judge's recommended disposition of the above styled case was mailed to addresses provided by plaintiff and by the Drew County Detention Center. Both have been subsequently returned as undeliverable mail and the Court has learned that plaintiff is no longer incarcerated at the Drew County Detention Center.

The last communication with the Court was the initial filing of the complaint and motion for *in forma pauperis* status. Plaintiff has failed to provide the Court with a correct address and failed to prosecute his case as required by the Local Rules of the United States District Courts for the Eastern and Western Districts of Arkansas ("Local Rule").

Plaintiff's complaint is dismissed without prejudice pursuant to Local Rule 5.5(c)(2) and all pending motions are dismissed as moot.

IT IS SO ORDERED THIS  13  day of  December , 2007.

_____
James M. Moody
United States District Judge